UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD ROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01373-RLY-MJD |
| ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR JANUARY 12, 2021**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement discussion remain under way. With the agreement of the parties, the approved Case Management Plan [Dkt. 18] is hereby amended as follows:

**III. Pretrial Pleadings and Disclosures**

F. Except where governed by paragraph (G) below, expert witness disclosure deadlines shall conform to the following schedule: Plaintiff(s) shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **July 16, 2021**. Defendant(s) shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **August 16, 2021**.

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **November 1, 2021**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by S.D. Ind. L.R. 56-1.

I. All parties shall file and serve their final witness and exhibit lists on or before

**August 16, 2021**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

### IV. Discovery and Dispositive Motions

B. On or before **May 14, 2021**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. A party's failure to file a timely statement of claims or defenses may result in the waiver of the party's claims or defenses. A party's failure to include in the party's statement of claims or defenses a claim or defense upon which the filing party has the burden of proof may result in the waiver of the omitted claim or defense.

C. Non-expert witness discovery and discovery relating to liability issues shall be completed by **May 7, 2021**; all remaining discovery shall be completed by **October 15, 2021**.

D. Plaintiff shall file any dispositive motion on or before **June 4, 2021**; Defendant shall respond to Plaintiff's dispositive motion, and shall include any cross-dispositive motion, on or before **July 2, 2021**; Plaintiff shall respond to Defendant's cross-dispositive motion, and shall include any reply in support of Plaintiff's dispositive motion, on or before **July 30, 2021**; Defendant shall file any reply in support of its cross-dispositive motion on or before **August 13, 2021**.

### VI. Trial Date

This matter will be ready for trial in or after **March, 2022**. The trial is by **jury** and is anticipated to take **three days**.

All other requirements of the approved Case Management Plan [Dkt. 18] remain in effect.

This matter is scheduled for a telephonic status conference on **Thursday, February 11, 2021 at 3:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 12 JAN 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.