**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GERALD ROWE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case no. 1:20-cv-01373-RLY-MJD |
| ) | |
| CITY OF INDIANAPOLIS, et al., ) | |
| ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL**

Come now the parties hereto, by counsel, and stipulate and agree that this action should be dismissed, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted:

**Gerald Rowe, Plaintiff**

**By:** */s/ Nikki G. Gray*
Nikki G. Gray
Indiana Disability Rights
4701 North Keystone Avenue, Suite 222
Indianapolis, Indiana 46205

**City of Indianapolis, Indianapolis Metropolitan Police Department, Marion County, and Marion County Sheriff's Office, Defendants**

**By:** */s/ Andrew J. Upchurch*
Andrew J. Upchurch
Office of Corporation Counsel
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

**By:** */s/ Anthony W. Overholt*
Anthony W. Overholt
Frost Brown Todd LLC
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204-4236